IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHIGAN ASSOCIATION OF PUBLIC SCHOOL ACADEMIES, <br><br> & <br><br> THOMAS B. FORDHAM INSTITUTE, <br><br>     Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> & <br><br> MIGUEL CARDONA, U.S. SECRETARY OF EDUCATION <br><br> & <br><br> RUTH E. RYDER, DEPUTY ASSISTANT SECRETARY FOR POLICY AND PROGRAMS, OFFICE OF ELEMENTARY AND SECONDARY EDUCATION, <br><br>     Defendants. | CIVIL ACTION NO.: 1:22-cv-00712 |

**SUMMONS RETURNED EXECUTED AND DECLARATION OF SERVICE**

    I, Kiren Mathews, declare as follows:

    I am a resident of Sacramento, am not a party to the above action, am 18 years old or older, and am employed by Pacific Legal Foundation which is headquartered in Sacramento, California.

    On August 9, 2022, I served upon the following parties via U.S.P.S. Priority Mail (certified, with return receipt requested), the Complaint, Proposed Summonses, Disclosure of Corporate Affiliations and Financial Interest, Issued Summonses, and Notice of Judicial Assignment by delivering the documents in a sealed envelope with postage fully paid to a Post Office in

Sacramento, CA.

| | |
|---|---|
| Mark Totten<br>U.S. Attorney for the Western District of Michigan<br>Chief, Civil Division, Office of the United States<br>Attorney Western District of Michigan<br>Post Office Box 208<br>Grand Rapids, Michigan 49501-0208 | Tracking No. 9402 8092 0212 1617 1801 99 |
| Merrick Garland<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Tracking No. 9402 8092 0212 1617 1821 24 |
| Miguel Cardona<br>U.S. Secretary of Education<br>U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 | Tracking No. 9402 8092 0212 1086 0651 71 |
| Ruth E. Ryder<br>Deputy Assistant Secretary<br>U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 | Tracking No. 9402 8092 0212 1617 1834 11 |
| U.S Department of Education<br>Department Of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 | Tracking No. 9402 8092 0212 1617 1842 03 |

Certified Mail Receipts with tracking numbers attesting to the mailing of these documents are attached as Exhibit A.

I declare under penalty of perjury that the preceding is true and correct and that this declaration was executed this 16th day of August, 2022 in Sacramento, California.

s/ Kiren Mathews  
Kiren Mathews