# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| MICHIGAN ASS'N OF PUBLIC SCHOOL ACADEMIES, et al. | Civil Action No. 1:22-cv-00712 |
| Plaintiffs | Hon. Paul L. Maloney<br>U.S. District Court Judge |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, et al. | Hon. Sally J. Berens<br>U.S. Magistrate Judge |
| Defendants | |

## DEFENDANTS' MOTION FOR STAY AND EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants U.S. Department of Education; Miguel Cardona, Secretary of Education; and Ruth E. Ryder, Deputy Assistant Secretary for Policy and Programs, Office of Elementary and Secondary Education, move the Court to stay and extend the time for defendants to file a response to plaintiffs' Complaint, ECF No. 1, until after plaintiffs have filed an amended complaint or leave to file an amended complaint has been denied, for the reasons explained in the attached supporting brief. Plaintiffs have indicated that they oppose this request.

Date: October 4, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ JAMES C. LUH
JAMES C. LUH
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov

Attorneys for Defendants